UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PHILIP FERRECCHIA,<br><br>            Plaintiff<br><br>v.<br><br>K.L.S.   CONCRETE,   Incorporated,   and KRYSTAL FRIAS<br><br>            Defendants | CIVIL ACTION NO.: 1:19-cv-11363 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philip Ferrecchia and Defendants K.L.S. Concrete, Inc. and Krystal Frias (collectively, the "Parties"), stipulate to the dismissal with prejudice of all claims, counter-claims, and defenses asserted in the above-captioned action. The Parties further stipulate that each party (a) will bear its own costs and attorneys' fees and (b) waives its right to appeal.

Dated: December 27, 2019

Respectfully submitted by,

Plaintiff,                                                                  Defendants,

PHILIP FERRECCHIA                                      K.L.S.   CONCRETE,   Incorporated,   and
                                                                                KRYSTAL FRIAS

By and through his attorneys,

                                                                                By and through their attorneys,

 */s/ Shehzad Rajwani*
Shehzad S. Rajwani (BBO # 674442)
Herling Romero (BBO # 703870)                     */s/ James Grosso*
THE HARBOR LAW GROUP                           James F. Grosso, Esq.
300 West Main Street, Bldg. A, Unit 1           O'Reilly, Grosso, Gross & Jones, P.C.
Northborough, MA 01532                             1661 Worcester Road Suite 403
(508) 393-9244 – Phone                               Framingham, MA 01701
srajwani@harborlaw.com                             Tel: (508) 620-0055
hromero@harborlaw.com                            jgrosso@ogglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 27, 2019.

*/s/ Shehzad Rajwani*